**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MICHAEL B. SELIG,                : No. 723 MAL 2014
                               :
               Petitioner       :
                               : Petition for Allowance of Appeal from the
                               : Order of the Commonwealth Court
           v.               :
                               :
                               :
ERIC SMITH, SHELIA SELIG-SMITH    :
SLOYER, AND RAYMOND D. SLOYER,    :
                               :
           Respondents     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 17th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.